

NUMBER 13-90-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROBERT ROGERS AND JOAN ROGERS,**                    **Appellants,**

**v.**

**KERNS FINANCIAL, INC., DAVIS**
**ADVISORY GROUP, INC., ET AL.,**                    **Appellees.**

---

### On appeal from the 24th District Court
### of Victoria County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Robert Rogers and Joan Rogers, perfected an appeal from a judgment entered by the 24th District Court of Victoria County, Texas, in cause number 87-3-36,622-A. Appellants have filed a motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this 11th day of June, 2009.